IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Timothy Lee Wright #331298; | ) | C/A No.  5:12-cv-1748-TMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Officer Wellington Williams, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Plaintiff Timothy Lee Wright is a state prisoner who brought this civil rights action pro se pursuant to 42 U.S.C. § 1983. This matter comes before the court on Plaintiff's request for an "Order to Show Cause for a Preliminary Injunction" filed on August 29, 2012. ECF No. 17. Pursuant to 28 U.S.C. § 636(b)(1)(B), and Local Rule 73.02(B)(2)(e), D.S.C., this magistrate judge is authorized to review pretrial matters in cases involving pro se litigants and submit findings and recommendations to the district court.

Plaintiff filed this Complaint against Officer Williams, an employee of Lieber Correctional Institution ("LCI"). In his instant pleading, construed as a motion for preliminary injunction, Plaintiff requests that the court order LCI to 1) require a supervisor to be present before using force absent serious circumstances, 2) prohibit the use of chemical munitions on an inmate more than twice unless necessary, and 3) provide information and copies of incident reports related to the amount of chemical munitions used over the last six months. ECF No. 17 at 1.

Plaintiff seeks injunctive relief from LCI, where he is currently housed; however this entity is not a party to this action. *See* Fed. R. Civ. P. 65(a). Because the relief requested by

Plaintiff cannot be properly obtained from the Defendant in this matter, the court recommends that Plaintiff's request for an "Order to Show Cause for a Preliminary Injunction", ECF No. 17, be denied.

IT IS SO RECOMMENDED.

September 21, 2012　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**